

**Flowers Guillaume & Turner, LLP**
ATTORNEYS AT LAW

626 RXR Plaza
6th Floor
Uniondale, New York 11556
Tel. (516) 522-0740
Fax (516) 522-0998

Kerlann L. Flowers
Melissa Guillaume
Sherie J. Turner

VIA ECF

January 19, 2016

Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Anthony Papapietro and Rocco Papapietro v. Litton Loan Servicing Company and Ocwen Loan Servicing Company
Civil Action No.: 1:13-cv-2433 SLT-RML
<u>Joint Pretrial Order Schedule Proposal</u>

Dear Justice Levy:

Please be advised that the undersigned represents the Plaintiffs, Anthony Papapietro and Rocco Papapietro in the above referenced action. During the conference with the court on December 22, 2016, a schedule was set for the drafts of the parties' Pretrial Order. The plaintiff has since retained new counsel to represent him at trial. Plaintiff's new counsel requests additional time to prepare the plaintiff's draft of the Joint Pretrial Order. The parties propose the following schedule to accommodate plaintiff's new counsel:

        Plaintiff's Draft - 2/5/16
        Defendant's Draft - 2/19/16
        Joint Pretrial Order - 2/26/16
        In Court Conference 3/1/16 at 12:00 PM

If this schedule is acceptable to the court, plaintiff's counsel will file their draft of the Joint Pretrial order on February 5, 2016. Thank you for your attention to this matter.

Respectfully,

Kerlann L. Flowers